Exhibit A

THE LAW OFFICE OF JOSEPH MAURO, LLC          (631) 669-0921

631 MONTAUK HIGHWAY STE. 6                   (631) 669-5071 fax
WEST ISLIP, NY 11795

August 22, 2007

David J. Gold, Esq.
116 John St.
New York, NY 10038

**RE: Krapf v. Professional Collection Services, Inc. et al**
   **CV – 07-1520**

                    VIA MAIL & FAX 212-962-2919

Mr. Gold,

        I am forwarding herewith (via fax and mail) Plaintiff's Request for Admissions;
Interrogatories; and Request for Documents with respect to all Defendants.

        I respectfully request that you respond to discovery within the statutory guidelines.
Additionally, please note that in the event that the requests for admission are not answered
within the statutory period, Plaintiff does intend to rely on such.

        Additionally, I am forwarding herewith (via fax and mail) the Notices of Deposition
for Professional Collection Services, Inc., James Dorsa, and James Vogel. Please note that
these are "real dates"; that is,   Plaintiff intends on taking the depositions on the noticed dates.

Sincerely,

Joseph Mauro

Exhibit B

THE LAW OFFICE OF JOSEPH MAURO, LLC

(631) 669-0921

631 MONTAUK HIGHWAY STE. 6

(631) 669-5071 fax

WEST ISLIP, NY 11795

September 20, 2007

David J. Gold, Esq.
116 John St.
New York, NY 10038

RE: Krapf v. Professional Collection Services, Inc. et al
   CV – 07-1520

VIA MAIL & FAX 212-962-2919

Mr. Gold,

I am writing to remind you to please immediately forward the Defendants' discovery responses in the above referenced matter. Plaintiff served Request for Admissions; Interrogatories; and Request for Documents with respect to all Defendants. I have yet to receive any response.

I respectfully request that you respond to discovery within the statutory guidelines. Additionally, please note that in the event that the requests for admission are not answered within the statutory period, Plaintiff does intend to rely on such.

In addition, I want to confirm that Plaintiff intends to begin the depositions of Defendants on October 10, 2007 at 10:00am as noticed.

Sincerely,

Joseph Mauro

Exhibit C

THE LAW OFFICE OF JOSEPH MAURO, LLC    (631) 669-0921

631 MONTAUK HIGHWAY STE. 6    (631) 669-5071 fax
WEST ISLIP, NY 11795

October 1, 2007

David J. Gold, Esq.
116 John St.
New York, NY 10038        Via Mail and Fax (212) 962 2919

**RE: Krapf v. Professional Collection Services, Inc. et al**
  **CV – 07-1520**

Mr. Gold,

I am writing to confirm that notwithstanding our prior discussions, and my numerous requests, Defendants did not provide any response to the Plaintiff's interrogatories. Nor did the Defendant provide any response to the Plaintiff's requests for documents. As such, please note that any objection to any of the requests has been waived.

I again respectfully request that Defendant immediately provide responses to this propounded discovery. Please note that I served such requests on August 22, 2007. In the event that Defendant has not provided such documents on or before October 4, 2007, Plaintiff intends to ask the Court to compel such.

Lastly, please let this letter again confirm the deposition of James Vogel on October 10, 2007 at 10:00am.

Sincerely,

Joseph Mauro

Exhibit D

LAW OFFICES OF
# DAVID J. GOLD, P.C.
116 JOHN STREET
SUITE 3110
NEW YORK, NEW YORK 10038-3411

TEL.: 212.962.2910
FAX: 212.962.2919
EMAIL: DJGPCESQ1@AOL.COM

VIA FACSIMILE ONLY: 631.669.5071

Tuesday, October 09, 2007

THE LAW OFFICE OF JOSEPH MAURO, LLC
631 Montauk Highway, Suite 6
West Islip, New York 11795

ATT: JOSEPH MAURO, ESQ.

RE:   PROFESSIONAL COLLECTION SERVICES, INC., et al. adv. AUDREY KRAPF
      DJGPC File No.: 1339477
      Case No.: CV 07-1520(LDW)

Dear Mr. Mauro:

This will acknowledge receipt of your recent motion to the Court,
in connection with the above-entitled matter.

In light of same, we shall have the Court fix a date for
depositions of all parties.

Please note that I should have my clients' discovery responses to
you shortly.

Finally, my clients have indicated a willingness to resolve this
matter.   Kindly advise as to a settlement demand so that I can
discuss same with my clients.   Thank you.

                              Very truly yours,


                              DAVID J. GOLD

DJG/ls



Exhibit E

THE LAW OFFICE OF JOSEPH MAURO, LLC          (631) 669-0921

631 MONTAUK HIGHWAY STE. 6                   (631) 669-5071 fax
WEST ISLIP, NY 11795

October 9, 2007


David J. Gold, Esq.
116 John St.
New York, NY 10038          Via Fax (212) 962 2919


RE: Krapf v. Professional Collection Services, Inc. et al
    CV – 07-1520

Mr. Gold,

    Please be advised that pursuant to Federal Rule 30, the deposition of Defendant will
go forward tomorrow as noticed. I have informed you numerous times that the deposition was
to go forward, and you never objected in any manner. Instead the day before the deposition,
you faxed me a document telling me that you want the court to pick deposition dates. Your
letter seems to indicate that because you failed to provide me any documents, you client does
not have to appear for a deposition. While I am generally amendable to changing deposition
dates to accommodate conflicting schedules and the like, I can not agree to your request under
these circumstances. As such, I intend to begin the deposition of defendant tomorrow.


Sincerely,


Joseph Mauro

Exhibit F

THE LAW OFFICE OF JOSEPH MAURO, LLC
631 MONTAUK HIGHWAY STE. 6
WEST ISLIP, NY 11795

(631) 669-0921
(631) 669-5071 fax

October 9, 2007

David J. Gold, Esq.
116 John St.
New York, NY 10038                    Via Fax (212) 962 2919

OCT 0 9 2007

RE: Krapf v. Professional Collection Services, Inc. et al
    CV – 07-1520

Mr. Gold,

Please be advised that pursuant to Federal Rule 30, the deposition of Defendant will go forward tomorrow as noticed. I have informed you numerous times that the deposition was to go forward, and you never objected in any manner. Instead the day before the deposition, you faxed me a document telling me that you want the court to pick deposition dates. Your letter seems to indicate that because you failed to provide me any documents, you client does not have to appear for a deposition. While I am generally amendable to changing deposition dates to accommodate conflicting schedules and the like, I can not agree to your request under these circumstances. As such, I intend to begin the deposition of defendant tomorrow.

Sincerely,

Joseph Mauro

10/9/07 - Grow up! Get a life!

Exhibit G

Page 1

```
 1

 2            UNITED STATES DISTRICT COURT

 3            EASTERN DISTRICT OF NEW YORK

 4  AUDREY KRAPF,                    )

 5              Plaintiff,           )

 6              vs.                  ) No. 07-1520

 7  PROFESSIONAL COLLECTION          )

 8  SERVICES, INC., JAMES VOGEL,)

 9  JAMES DORSA "JIMMY KING"         )

10  and CHARLES J. O'SHEA            )

11  FUNERAL HOME,                    )

12              Defendants.          )

13  ---------------------------)

14                        ORIGINAL

15

16            STATEMENT ON THE RECORD

17               Garden City, New York

18            Wednesday, October 10, 2007

19

20

21

22

23  Reported by:

24  ANGELA BITJONIDES

25  JOB NO.  197939
```

**Statement**

```
 1
 2
 3
 4
 5
 6                      October 10, 2007
 7                        10:35 a.m.
 8
 9         Statement on the Record taken at the offices
10      of Esquire Deposition Services, 1225 Franklin
11      Avenue, Suite 325, Garden City, New York,
12      before Angela Bitjonides, a Notary Public
13      of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1

2          MR. MAURO:  Good morning

3              My name is Joseph Mauro, and I'm the

4      attorney for the plaintiff, Audrey Krapf, in

5      the matter of "Audrey Krapf against

6      Professional Collection Services, Inc., James

7      Vogel, James Dorsa "Jimmy King" and Charles J.

8      O'Shea Funeral Home."  In the United States

9      District Court in the Eastern District of

10     New York.  Under Docket number 07-1520

11            I am at Esquire Deposition Services

12     located at 1225 Franklin Avenue, Suite 325,

13     Garden City, New York.

14            I am here for the deposition of

15     defendant, James Vogel.  The deposition was

16     noticed for 10:00 a.m. this morning, October

17     10, 2007.  The deposition was scheduled to

18     occur at 10:00 a.m.  The Deposition Notice was

19     served upon defense counsel on August 22, 2007.

20            There has been no appearance by defense

21     counsel, Mr. David Gold; nor, the defendant,

22     James Vogel.  It is currently 10:36 a.m.

23            I have called the office of Attorney

24     David Gold and I have spoken with his

25     receptionist.  The receptionist was unable to

Statement

Page 5

1

2          tell me whether Mr. Gold would be appearing

3          this morning.  I asked the receptionist to

4          please call me back at my mobile cell phone

5          number and I have not received a telephone call

6          back.

7                    (Time noted:  10:41 a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1

2            C E R T I F I C A T E

3 STATE OF NEW YORK  )

4                    )  ss.:

5 COUNTY OF NASSAU   )

6

7            I, ANGELA BITJONIDES, a

8       Stenotype Reporter and Notary Public

9       in and for the State of New York, do

10      hereby certify that the foregoing is a

11      true and accurate transcript of the

12      within proceeding.

13           I further certify that I am not

14      related to any of the parties to this

15      action by blood or marriage, and that

16      I am in no way interested in the

17      outcome of this matter.

18           IN WITNESS WHEREOF, I have

19      hereunto set my hand this 11th day

20      of October, 2007.

21

22      _Angela Bitjonides_

23           Angela Bitjonides

24

25

**A**
accurate 6:11
action 6:15
Angela 1:24 2:12
    6:7,23
appearance 3:15
    4:20
appearing 5:2
asked 5:3
attorney 3:5,12 4:4
    4:23
Audrey 1:4 4:4,5
August 4:19
Avenue 2:11 4:12
a.m 2:7 4:16,18,22
    5:7

**B**
back 5:4,6
Bitjonides 1:24 2:12
    6:7,23
blood 6:15

**C**
C 3:2 6:2,2
call 5:4,5
called 4:23
cell 5:4
certify 6:10,13
Charles 1:10 4:7
City 1:17 2:11 4:13
Collection 1:7 4:6
counsel 4:19,21
COUNTY 6:5
Court 1:2 4:9
currently 4:22

**D**
David 3:11 4:21,24
day 6:19
defendant 4:15,21
Defendants 1:12
    3:12
defense 4:19,20
deposition 2:10 4:11
    4:14,15,17,18
District 1:2,3 4:9,9
Docket 4:10
Dorsa 1:9 4:7

**E**
E 3:2,2 6:2,2
Eastern 1:3 4:9
ESQ 3:8,11
Esquire 2:10 4:11

**F**
F 6:2
foregoing 6:10
Franklin 2:10 4:12
Funeral 1:11 4:8
further 6:13

**G**
Garden 1:17 2:11
    4:13
Gold 3:11 4:21,24
    5:2
Good 4:2

**H**
hand 6:19
hereunto 6:19
Highway 3:6
Home 1:11 4:8

**I**
interested 6:16
Islip 3:7

**J**
J 1:10 3:11 4:7
James 1:8,9 4:6,7,15
    4:22
Jimmy 1:9 4:7
JOB 1:25
John 3:13
Joseph 3:4,8 4:3

**K**
King 1:9 4:7
Krapf 1:4 4:4,5

**L**
LAW 3:4
located 4:12

**M**
marriage 6:15
matter 4:5 6:17
Mauro 3:4,8 4:2,3
mobile 5:4
Montauk 3:6
morning 4:2,16 5:3

**N**
N 3:2
name 4:3
NASSAU 6:5
New 1:3,17 2:11,13
    3:7,14,14 4:10,13

6:3,9
Notary 2:12 6:8
noted 5:7
Notice 4:18
noticed 4:16
number 4:10 5:5

**O**
occur 4:18
October 1:18 2:6
    4:16 6:20
office 3:4 4:23
offices 2:9
outcome 6:17
O'Shea 1:10 4:8

**P**
P 3:2,2
parties 6:14
phone 5:4
plaintiff 1:5 3:5 4:4
please 5:4
proceeding 6:12
Professional 1:7 4:6
Public 2:12 6:8

**R**
R 3:2 6:2
received 5:5
receptionist 4:25,25
    5:3
Record 1:16 2:9
related 6:14
Reported 1:23
Reporter 6:8

**S**
S 3:2
scheduled 4:17
served 4:19
Services 1:8 2:10
    4:6,11
set 6:19
spoken 4:24
ss 6:4
State 2:13 6:3,9
Statement 1:16 2:9
States 1:2 4:8
Stenotype 6:8
Street 3:13
Suite 2:11 4:12

**T**
T 6:2,2
taken 2:9
telephone 5:5

tell 5:2
Time 5:7
transcript 6:11
true 6:11

**U**
unable 4:25
United 1:2 4:8

**V**
Vogel 1:8 4:7,15,22
vs 1:6

**W**
way 6:16
Wednesday 1:18
West 3:7
WHEREOF 6:18
WITNESS 6:18

**Y**
York 1:3,17 2:11,13
    3:7,14,14 4:10,13
    6:3,9

**0**
07-1520 1:6 4:10

**1**
10 1:18 2:6 4:17
10:00 4:16,18
10:35 2:7
10:36 4:22
10:41 5:7
10038 3:14
11th 6:19
116 3:13
11795 3:7
1225 2:10 4:12
197939 1:25

**2**
2007 1:18 2:6 4:17
    4:19 6:20
22 4:19

**3**
325 2:11 4:12

**6**
631 3:6